JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. HANKINS,<br>　　　　Petitioner,<br>　　v.<br>K. SIEBEL, Warden,<br>　　　　Respondent. | Case No. CV 15-2564 BRO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Action Without Prejudice and Denying Certificate of Appealability.

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE